FILED

NOV 22 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT BRUCE,

    Plaintiff,

v.

MATTHEW CATE, Warden, et al,

    Defendant(s).

No C-09-4649 JW (PR)

ORDER REQUIRING DEFENDANTS TO SUPPLEMENT RECORD

    Plaintiff has filed a civil rights complaint under 42 U.S.C. § 1983 alleging that various Pelican Bay State Prison officials violated his constitutional rights. Defendants have filed a motion for summary judgment (Doc. No. 19), and plaintiff has filed a cross-motion for partial summary judgment (Doc. No. 53). Plaintiff's allegations against defendants concern, in part, his validation as an associate of a prison gang. Before the Court will issue a ruling on the pending summary judgment motions, the Court orders defendants to supplement the record with the following documents by no later than November 30, 2011:

    (1)    Copies of the six source items referred to in the December 20, 2007 Validation Memorandum of Bruce, Vincent, J84086 (including the supporting

documents/communication)[1]; and

(2) Copies of the communications, letters, interviews, and other supporting documents which form the basis of the confidential memorandums which served as principal source items or supporting source items. These documents may be filed under seal.

IT IS SO ORDERED.

Dated: November 22, 2011

JAMES WARE
United States District Chief Judge

G:\PRO-SE\JW-SF\CR-09\Bruce-09-4649-ordering defendants to supplement record.wpd

---

[1]The Valdiation Memorandum is attached as Exhibit B to the Turmezei Declaration filed in support of defendants' motion for summary judgment (Doc. No. 21).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT BRUCE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>MATTHEW CATE,<br><br>        Defendant(s).<br>_____/ | No. C09-4649 (JW)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Vincent C. Bruce
J84086
Pelican Bay State Prison
D6-101
P.O. Box 7500
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

BY: *Susan Imbriani*
Susan Imbriani, Courtroom Deputy